Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Gubbay, J.), imposed June 14, 2016, on the ground that the sentence was excessive.
 

 Ordered that the sentence is affirmed.
 

 The defendant’s waiver of his right to appeal his conviction does not preclude appellate review of the defendant’s contention that the sentence imposed was excessive (see People v Maracle, 19 NY3d 925, 927-928 [2012]). The sentence, however, was not excessive (see People v Suitte, 90 AD2d 80 [1982]).
 

 Eng, P.J., Balkin, Hall, Duffy and Brathwaite Nelson, JJ., concur.